# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARL GIESLER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. CIV-21-0904-HE |
| ) | |
| SANDRIDGE ENERGY, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the order entered this date, judgment is entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED**.

Dated this 5th day of April, 2022.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE